583 A.2d 303
STATE OF NEW JERSEY v. ANTONIO MERCEDES.

January 17, 1990.

Petition for certification denied.

583 A.2d 303
STATE OF NEW JERSEY v. BENJAMIN PULLIN.

January 17, 1990.

Petition for certification denied.

583 A.2d 303
STATE OF NEW JERSEY v. RUSSELL E. WENZEL.

January 17, 1990.

Petition for certification denied.

583 A.2d 303
STATE OF NEW JERSEY v. ANTHONY FAVOR.

January 17, 1990.

Petition for certification denied.

583 A.2d 303
STATE OF NEW JERSEY v. ROBERT RELDAN.

January 17, 1990.

Petition for certification denied.